

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00067-CV

| IN THE INTEREST OF B.M., A CHILD | § | On Appeal from the 211th District Court |
|---|---|---|
| | § | of Denton County (17-7613-211) |
| | § | August 15, 2019 |
| | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth            
      Chief Justice Bonnie Sudderth